UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSEPH B. TURNER,

    Petitioner,

v.                                                      CASE NO. 6:07-cv-551-Orl-19DAB

SECRETARY, DEPARTMENT OF
CORRECTIONS, et al.,

    Respondents.
_____

## ORDER

This case is before the Court on the following motion:

**MOTION**:   Petitioner's Request for a Certificate of Appealability[1] (Doc. No. 27, filed March 21, 2008).

Thereon it is **ORDERED** that the motion is **DENIED**. This Court should grant an application for certificate of appealability only if the Petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has failed to make a substantial showing of the denial of a constitutional right.

**DONE AND ORDERED** at Orlando, Florida, this   19th   day of May, 2008.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] Petitioner's Notice of Appeal (Doc. No. 26, filed March 21, 2008) has been construed as requesting a certificate of appealability. *See Edwards v. United States*, 114 F.3d 1083, 1084 (11th Cir. 1997).

Copies to:
sc 5/19
Counsel of Record
Joseph B. Turner